IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL RAFAEL MARRERO-COLON, MYRNA COLON-DEL VALLE, their conjugal partnership and their daughter NICOLE MARIE MARRERO-COLON<br><br>Plaintiffs<br><br>vs<br><br>HUERTAS COLLEGE, INC., d/b/a and a/k/a HUERTAS JUNIOR COLLEGE, INC.; MARIA DEL MAR LOPEZ-AVILES; LESLIE ANN GUZMAN; X,Y,Z INSURANCE COMPANIES with coverage for liability for any defendant; A,B,C, as yet unidentified persons responsible for civil rights violations against plaintiffs<br><br>Defendants | CIVIL 16-1862CCC |

## JUDGMENT

Having considered plaintiffs' Motion for Voluntary Dismissal filed on January 20, 2017 (**d.e. 15**), it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice.

The pretrial/settlement conference scheduled for June 7, 2017 and the jury trial scheduled for September 5, 2017 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 14, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge